IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SARAH SMITH                                                                                    PLAINTIFF

v.                                    CIVIL NO. 03-5277

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                              DEFENDANT

## **J U D G M E N T**

Plaintiff, Sarah Smith, appealed the Commissioner's denial of benefits to this court. On January 21, 2005, the court remanded plaintiff's case to the Commissioner pursuant to sentence six of *42 U.S.C. § 405(g)* for further proceedings (Doc. # 12 & 13). Following remand, the ALJ issued a favorable decision finding plaintiff entitled to benefits on July 13, 2005 (Doc. #16, Ex. 1). Plaintiff now moves for the entry of a final judgment by this court so that plaintiff can proceed with an Application and Affidavit for attorney's fees pursuant to *28 U.S.C. § 2412* of the Equal Access to Justice Act. (Doc. #16).

When a court remands a case pursuant to sentence six and retains jurisdiction pending completion of the administrative proceedings, entry of a final judgment is delayed until after the post-remand agency proceedings have been completed and the agency's results have been filed with the court. *See Shalala v. Schaefer, 509 U.S. 292, 296, 113 S.Ct. 2625 (1993)*. As all proceedings on remand have been completed and an administrative decision favorable to plaintiff has been issued, plaintiff is entitled to the entry of judgment in her favor.

Accordingly, we hereby affirm the favorable decision of the Commissioner and dismiss

plaintiff's complaint. **The parties have sixty days from entry of this judgment on the docket in which to appeal.**

If plaintiff wishes to request an award of attorney's fees and cost under the Equal Access to Justice Act, *28 U.S.C. § 2412*, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v. Schaefer*, 509 U.S. 292 at 296; *28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G)*.

IT IS SO ORDERED AND ADJUDGED this 1st day of September, 2005.

        /s/Bobby E. Shepherd
        Honorable Bobby E. Shepherd
        United States Magistrate Judge

AO72A
(Rev. 8/82)