IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SARAH SMITH                                                                                          PLAINTIFF

      v.                                         Civil No. 03-5277

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## JUDGMENT

On this 6th day of January, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, David K. Harp, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $3,463.80 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                    /s/ Bobby E. Shepherd
                                    HONORABLE BOBBY E. SHEPHERD
                                    UNITED STATES MAGISTRATE JUDGE